**No. 10-1401. Roselle Tapere Virtucio, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 820, 132 S. Ct. 103, 181 L. Ed. 2d 31, 2011 U.S. LEXIS 6765.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 242.

**No. 10-1402. Jefferson County School Board of Commissioners, et al., Petitioners v. Steve B. Smith, et al.**

565 U.S. 820, 132 S. Ct. 103, 181 L. Ed. 2d 31, 2011 U.S. LEXIS 6699.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 641 F.3d 197.

**No. 10-1408. Matthew Wade Mork, Petitioner v. Alabama.**

565 U.S. 820, 132 S. Ct. 104, 181 L. Ed. 2d 31, 2011 U.S. LEXIS 6665.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 84 So. 3d 1023.

**No. 10-1409. Bryan Sousa, Petitioner v. Arthur Roque, Jr., et al.**

565 U.S. 820, 132 S. Ct. 104, 181 L. Ed. 2d 31, 2011 U.S. LEXIS 6802.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 410 Fed. Appx. 411.

**No. 10-1412. C.W. Mining Company, Petitioner v. Aquila, Inc., et al.**

565 U.S. 820, 132 S. Ct. 104, 181 L. Ed. 2d 31, 2011 U.S. LEXIS 6628.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 636 F.3d 1257.

**No. 10-1414. Tex B. Simmons, Petitioner v. West Virginia.**

565 U.S. 820, 132 S. Ct. 104, 181 L. Ed. 2d 31, 2011 U.S. LEXIS 6856.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

**No. 10-1415. Mark Daniel Hartman, Petitioner v. Michigan.**

565 U.S. 820, 132 S. Ct. 104, 181 L. Ed. 2d 31, 2011 U.S. LEXIS 6872.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-1416. Mark Daniel Hartman, Petitioner v. Michigan.**

565 U.S. 820, 132 S. Ct. 104, 181 L. Ed. 2d 31, 2011 U.S. LEXIS 6840.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.